UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE SOLORIO,<br><br>      Plaintiff,<br><br>  v.<br><br>YILDA MEDINA ALVARADO d/b/a CLEAN TIL IT SQUEAKS AND PAINTING,<br><br>      Defendant. | Case No.: C 09-4537 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 16, 2010, Plaintiff's counsel appeared before Magistrate Judge Patricia V. Trumbull for a Further Case Management Conference. Defense counsel failed to appear. The court continued the Case Management Conference to March 30, 2010. On March 19, 2010, the parties filed, and the court issued a stipulation and order selecting mediation, with the mediation to be held within 90 days of that order.

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to June 29, 2010. The parties shall file a Joint Case Management Conference Statement no later than June 22, 2010. Failure to timely file a Joint Case Management Conference Statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may well result in sanctions and possibly an order to show cause why the case should not be dismissed (or default

entered if it is the Defendant who fails to file a statement) for failure to prosecute (or defend) the action.[1]

Dated: *3/30/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The parties have failed to file *any* Case Management Conference Statement in this matter, despite the fact the Case Management Conference has been held twice. The court notes that counsel for Plaintiff often files Case Management Conference Statements after the scheduled deadlines. Counsel for Plaintiff is cautioned that failure to timely file Case Management Conference Statements in the future, in this or any other case, may well result in order to show cause why the particular case should not be dismissed for failure to prosecute.

ORDER, *page 2*