ADAM WANG (BAR NO. 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE SOLORIO,<br><br>    Plaintiff,<br>vs.<br><br>YILDA MEDINA ALVARADO DBA CLEAN TIL IT SQUEAKS AND PAINTING AND DOES 1-10,<br><br>    Defendant(s). | Case No.: **C09 04537 PSG**<br><br>Status Report cpf 'Qtf gt<br><br>Date:    September 20, 2010<br>Time:   2:00 p.m.<br>Judge:  Paul S. Grewal |

It appears that the Defendant's Chapter 13 proceeding is still pending before the Bankruptcy Court. There has no been a decree discharging the debts; nor has the stay been lifted.

In light of the foregoing, Plaintiff requests that the Court vacates the status conference scheduled on September 19, 2011.


Dated: September 16, 2011

By:    /s/Adam Wang____
       Adam Wang__
       Attorney for Plaintiff "

IT IS SO ORDERED. Defendant shall inform both Plaintiff and the court of any lifting of the stay.
Date: 9/16/2011

Paul S. Grewal
United States Magistrate Judge

PLAINTIFF'S STATUS REPORT          1