UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUADALUPE SOLORIO, <br><br> Plaintiff, <br><br> v. <br><br> YILDA MEDINA ALVARADO dba CLEAN TIL IT SQUEAKS AND PAINTING, <br><br> Defendant. | Case No.: 5:09-cv-04537-PSG <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff Guadalupe Solorio recently notified the court that she believes her claims are discharged.[1] This case has sat dormant for more than one year following the close of the bankruptcy case.[2] Ms. Solorio is hereby ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: September 18, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 30.

[2] The bankruptcy court discharged the debtor on August 15, 2012. *See* Bankruptcy Case No. 10-58243-ASW, Docket No. 31.

1

Case No.: 5:09-cv-04537-PSG
ORDER