ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
P.O. Box 10881
Pleasanton, CA 94588
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **GUADALUPE SOLORIO,**<br>    Plaintiff,<br>vs.<br>**YILDA MEDINA ALVARADO and Does 1-10,**<br>    Defendants. | Case No.: **C09 04537 PSG**<br><br>REQUEST FOR DISMISSAL ORDER & ORDER |

As Plaintiff's claims against Defendant have been discharged in a bankruptcy proceeding, her claims alleged in this action should be dismissed.

Plaintiff hereby request an order dismissing all Plaintiff's claims in this case in entirety.

Plaintiff requests that Court vacates the OSC.

Dated: October 1, 2013                    By:    /s/ADAM WANG
                                                  ADAM WANG
                                                  Attorney for Plaintiff

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Complaint in this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated: October  1 , 2013                    By: /s/ Paul S. Grewal
                                                  US Magistrate Judge
                                                  Paul S. Grewal

Page 1
STATUS REPORT